UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN ROBERT DEMOS, JR.,

    Petitioner,

v.

STATE OF WASHINGTON,

    Respondent.

CASE NO. 3:22-cv-05345-TL-JRC

REPORT AND RECOMMENDATION

NOTED FOR: June 10, 2022

This matter is before the Court on referral from the district court and on petitioner's application to proceed *in forma pauperis* ("IFP"). Dkt. 1.

Petitioner, a bar-order litigant, seeks to challenge the validity of his state court conviction and thus his petition is construed as a petition for writ of habeas corpus under 28 U.S.C. § 2254. However, an Order of this Court provides for the return without filing of any petition by petitioner that seeks an extraordinary writ pursuant to 28 U.S.C. §§ 1651, 2253, or 2254, unless accompanied by the filing fee. *See Demos v. Stanley*, MC97-0031-JLW (W.D. Wash. Mar. 13, 1997). Petitioner has not submitted the filing fee. Further, petitioner may not proceed with a

REPORT AND RECOMMENDATION - 1

1 | second or successive habeas petition here unless and until the Ninth Circuit authorizes its filing,
2 | which it has not done. *See* 28 U.S.C. § 2244(b)(3)(A). Accordingly, the Court recommends that
3 | this matter be administratively closed and a certificate of appealability be denied.
4 |     Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have
5 | fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P.
6 | 6. Failure to file objections will result in a waiver of those objections for purposes of de novo
7 | review by the district judge. *See* 28 U.S.C. § 636(b)(1)(C). Accommodating the time limit
8 | imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set the matter for consideration on June
9 | 10, 2022, as noted in the caption.
10 |     Dated this 23rd day of May, 2022.

J. Richard Creatura
Chief United States Magistrate Judge