UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN ROBERT DEMOS, JR., <br><br> Petitioner, <br><br> v. <br><br> STATE OF WASHINGTON, <br><br> Respondent. | CASE NO. 3:22-cv-05345-TL-JRC <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the report and recommendation of Chief Magistrate Judge J. Richard Creatura and the remaining record, and there being no objections to the report and recommendation, does hereby find and ORDER:

(1) The Court adopts the report and recommendation.

(2) Petitioner's federal habeas petition is administratively closed and any pending motions are stricken as moot.

(3) A certificate of appealability is denied in this case.

(4) The Clerk is directed to send a copy of this Order to petitioner and Judge Creatura.

**DATED** this <u>17th</u> day of <u>June</u> 2022.

Tana Lin
United States District Judge